STATE of Missouri, Respondent,

v.

John BARTEAU, Appellant.

No. 50616.

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 29, 1986.

Application to Transfer Denied
Sept. 16, 1986.

STATE of Missouri,
Plaintiff-Respondent,

v.

Michael D. Burton, St. Louis, for appellant.

William L. Webster, John M. Morris, Jefferson City, for respondent.

## ORDER

PER CURIAM.

This is an appeal from jury convictions of leaving the scene of a motor vehicle accident, § 577.060 RSMo Cum.Supp.1984; assault in the first degree, § 565.050, RSMo Cum.Supp.1984; and possession of a controlled substance, § 195.240 RSMo 1978. Appellant was sentenced to concurrent terms of five years, twenty years, and five years, to be served consecutively to a sentence in another cause.

An extended opinion would have no precedential value. The judgment is affirmed. Rule 30.25(b).